IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,         Case No. 3:18 CR 225

       Plaintiff,        O R D E R

  -vs-

       JUDGE JACK ZOUHARY

Jared Davis,

       Defendant.

This Court held a Continued Hearing on the Government's Sealed Motion to Disqualify Ifrah Law PLLC (Doc. 17) on August 13, 2018. Appearances: Gene Crawford and Noah Hood for the Government; Adam Nightingale and James Trusty for Defendant. Jeff Ifrah was also present with Defendant. (Court Reporter: Angela Nixon).

This Court granted the Government's Motion for reasons stated on the record. A brief Opinion will follow. Defendant may supplement the record with the PowerPoint document within seven (7) days.

This Court grants Defendant time to obtain new counsel. A Further Status Hearing is set for **Tuesday, October 9, 2018 at 1:00 PM**.

This Court finds that the time period until October 9, 2018 is excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1) to provide Defendant reasonable time to obtain new counsel, investigate this case, and to review discovery. Taking all factors into consideration, this Court finds that the interests of justice served during this time outweigh the interest of the public and the defendant in obtaining a speedy trial.

IT IS SO ORDERED.        s/ *Jack Zouhary*

       JACK ZOUHARY
       U. S. DISTRICT JUDGE

       August 13, 2018