IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | Case No. 3:18-CR-00225 |
| Plaintiff, | : | HON. JACK ZOUHARY |
| vs. | : | **DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL** |
| Jared J. Davis, | : | |
| Defendant. | : | |

Pursuant to Local Rule 57.21, Reginald S. Jackson, Jr., Adam S. Nightingale, and the law firm of Eastman & Smith, Ltd. respectfully request an order permitting them to withdraw as counsel of record for defendant Jared J. Davis.  Mr. Davis has engaged new counsel who has already entered their appearance in this matter.

Respectfully submitted,

EASTMAN & SMITH LTD.

 /s/ Adam S. Nightingale
Reginald S. Jackson, Jr. (0003558)
Adam S. Nightingale (0079095)
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio  43699-0032
Telephone:   (419) 241-6000
Fax:             (419) 247-1777
E-Mail:        rsjackson@eastmansmith.com
                    asnightingale@eastmansmith.com

4547442 .1

## PROOF OF SERVICE

This is to certify that a copy of the foregoing has been filed electronically this 9th day of October, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Adam S. Nightingale