IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                                  Case No.  3:18 CR 225

                Plaintiff,                           <u>O R D E R</u>

-vs-

                                    JUDGE JACK ZOUHARY

Jared Davis,

                Defendant.

This Court held a Status Hearing on October 11, 2018. Appearances: Gene Crawford for the Government; Ian Friedman for Defendant. (Court Reporter: Angela Nixon).

This Court granted Defendant's Motion to Modify Conditions of Release (Doc. 36) and set a Further Status Hearing for **Thursday, January 17, 2019 at 10 AM**.

This Court finds that the time period until January 17, 2019 is excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1) to provide Defendant reasonable time to obtain new counsel, investigate this case, and to review discovery. Taking all factors into consideration, this Court finds that the interests of justice served during this time outweigh the interest of the public and the defendant in obtaining a speedy trial.

IT IS SO ORDERED.

                                                                s/ *Jack Zouhary*
                                                               JACK ZOUHARY
                                                               U. S. DISTRICT JUDGE

                                                               October 11, 2018