IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:18 CR 225 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Jared Davis, | |
| Defendant. | |

At the request of counsel, this Court vacates the Status Hearing set for Friday, May 17, 2019 and resets it for **Friday, May 31, 2019 at 1:30 PM**.

This Court finds that the time period until May 31, 2019 is excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1) to provide Defendant reasonable time to investigate this case and prepare pretrial motions, review discovery, and prepare for this complex case. Taking all factors into consideration, this Court finds that the interests of justice served during this time outweigh the interest of the public and the defendant in obtaining a speedy trial.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

May 14, 2019