IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,   Case No. 3:18 CR 225

           Plaintiff,   O R D E R

-vs-

                               JUDGE JACK ZOUHARY

Jared Davis,

           Defendant.

Pending before this Court are Defendant's Motion to Dismiss Counts 1 through 12 (Doc. 60) and Motion for Relief from Prejudicial Joinder (Doc. 61).

This Court vacates the Firm Plea Deadline set for Friday, May 1, 2020. The Government shall file Responses to pending motions by **May 15, 2020**. A Status Hearing is set for **Thursday, May 28, 2020 at 10 AM**.

Time was previously excluded from the Speedy Trial Act until the trial date of August 17, 2020 (Doc. 58).

IT IS SO ORDERED.

                                                s/ *Jack Zouhary*
                                                JACK ZOUHARY
                                                U. S. DISTRICT JUDGE

                                                April 14, 2020