IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                    Case No.  3:18 CR 225

                    Plaintiff,            O R D E R

    -vs-
                                      JUDGE JACK ZOUHARY

Jared Davis,

                    Defendant.

This Court held a Status Hearing on June 18, 2020.  Appearances: Defendant appeared with counsel Ian Freidman; Gene Crawford for the Government.  (Court Reporter: Angela Nixon).  With all counsel and parties' express permission and pursuant to the CARES Act, this hearing was held by video.

Defense counsel represented that the pandemic has caused delays in the preparation of this case.  This Court vacates the Jury Trial set for August 17, 2020 and sets a Further Status Hearing for **Tuesday, August 18, 2020 at 10:30 AM**.  See record for details with respect to pending motions.

This Court finds that the time period until August 18, 2020 is excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1) as noted on the record.

IT IS SO ORDERED.

                                                                 s/ *Jack Zouhary*
                                                               JACK ZOUHARY
                                                               U. S. DISTRICT JUDGE

                                                               June 18, 2020